# NO. 12-13-00143-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KARL LYNDA SHACKELFORD,*<br>*APPELLAN* | § | *APPEAL FROM THE* |
| *V.* | § | *MUNICIPAL COURT* |
| *THE CITY OF TYLER,*<br>*APPELLEE* | § | *CITY OF TYLER, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

On May 1, 2013, Appellant Karl Lynda Shackelford filed a notice of appeal evidencing his intent to appeal a judgment from the municipal court of the City of Tyler. On that same date, this court notified Shackelford, pursuant to Rule of Appellate Procedure 37.1, that the notice of appeal does not show the jurisdiction of this court. The notice referred Shackelford to Article 45.042(a) of the Texas Code of Criminal Procedure, which requires that appeals from municipal court be heard by the county court. Shackelford was further notified that the appeal would be dismissed unless, on or before May 13, 2013, the information was amended to show the jurisdiction of this court.

Shackelford responded to the May 1, 2013 notice, but failed to show the jurisdiction of this court. Accordingly, this appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 44.3.

Opinion delivered May 15, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 15, 2013**

**NO. 12-13-00143-CR**

**KARL LYNDA SHACKELFORD**,

Appellant

V.

**THE CITY OF TYLER**,

Appellee

---

Appeal from the Municipal Court of
the City of Tyler, Texas. (Tr.Ct.No. 13-06338)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*